

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

FEB 4 2008 *MB*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 0 4 2008

NaTaya Patton

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV736
JUDGE KOCORAS
MAG. JUDGE ASHMAN

vs.    Case No:_____
(To be supplied by the Clerk of this Court)

Cook County Jail Sheriff Sheehan
Officers: ShyNE, Conley,
Timberlake, OTT, Schaffer,
LT. McNamera, Sgt. McCollough.
Superintendant Salazaar

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
              **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

Revised:  7/20/05

A.  Name: LaToya Patton

B.  List all aliases: NONE

C.  Prisoner identification number: R81771

D.  Place of present confinement: Lincoln Corrections Center

E.  Address: P.O. Box 549 Lincoln IL 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Officer Shyne

Title: Corrections officer

Place of Employment: Cook County Jail Div 3

B.  Defendant: Officer Conley

Title: Corrections officer

Place of Employment: Cook County Jail Div 3

C.  Defendant: Officer Timberlake

Title: Corrections officer

Place of Employment: Cook County Jail Div 3

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

## Additional Defendants

D - Officer OTT
E - Officer Schaffer
F - Lt. McNamera
G - Sgt. McCullough
H - Superintendant Salazaar
I - Cook County Jail Sheriff Sheehan

### III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)    NO ( )    If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)    NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I filed a grievance and it was Never answered, at Cook county Jail July 2007. I was shipped to IDOC August 15, 2007.

2.    What was the result?

It wasn't Answerd, I talked to 4 people from the Dept of JusticE, who were making a tour of Cook County Jail.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I left before anything was done, I did not have access to any procedures for appeal while I was in intake at Dwight Correctional facility.

D.    If your answer is **NO**, explain why not:

I left on shipment, but the dept of JusticE told me they would come to talk to me whereever I was shipped to. I have not heard from them as of yet.

3

Revised: 7/20/05

E.     Is the grievance procedure now completed?   YES ( )  NO (X)

F.     If there is no grievance procedure in the institution, did you complain to authorities?  YES (X)  NO ( )

G.     If your answer is **YES**:

1.   What steps did you take?

I talked to the U.S. Department of Justice and advised them I would talk after I left Cook County because I was afraid for my well being.

2.   What was the result?

They said they would come talk to me but I haven't had a response yet.

H.     If your answer is **NO**, explain why not:

4

Revised: 7/20/05

IV.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: ___NONE___

B.  Approximate date of filing lawsuit: ___N|A___

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ___N|A___

D.  List all defendants: ___N|A___

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___N|A___

F.  Name of judge to whom case was assigned: ___N|A___

G.  Basic claim made: ___N|A___

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___N|A___

I.  Approximate date of disposition: ___N|A___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised:  7/20/05

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.  (Use
as much space as you need.  Attach extra sheets if necessary.)

On July 8, 2007 at 1:00pm after coming from my
Visit, I had came on the tier and went into my
room. The girl next door to me was in there and
I asked her why she was in there and to get
out. I asked my roommate to get the police because
she wouldn't leave. When they came they told
me to pack my stuff. I asked why and Sgt. McCullough
said "because you are going to Segregation". I stated "I'm
the one who asked you to come because this girl will
not get out of my room!" Sgt. McCullough said "I don't care".
I had my hands behind my back the whole time and
officer Conley pushed me into Sgt McCullough. once I was
pushed Sgt McCullough struck me in the face. officers OTT,
ShyNE, Timberlake and Schaffer also began to kick
and punch me. Once I was on the ground they
continued to punch and kick me. Then Lt. McNamera
came and cuffed me. as I was being ~~cuffed~~ escorted out
Officer ShyNE slammed my face in the metal door as
I was walking off of the tier.

Revised:  7/20/05

AND I never recieved medical attention. During my walk down the stairs, at the last flight officer Shyne told me "I'm a teach you a lesson about talking back" and pushed me down a flight of stairs while I was handcuffed. They then picked me up and walked me to Segregation. I stated" I can't walk my ankle is hurt" They refused to give me medical attention. Two weeks later I talked to the Dept of Justice and ~~Basically see~~ They told me they would review the tape because all of this happened on Camera. I informed the dept of justice that I was ~~afi~~ afraid to name any Names until I took my time. They informed me wherever I was transferred to that they would follow up with me. I haven't received any type of communication from the department of Justice.

VI.    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I would like these officers suspended without Pay and compensation for my continual pain and suffering from my ankle injury, and my front tooth is chipped as a result, in the amount of $7,000,000 dollars plus court and attorney fees. Or whatever the court deems fit.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _30th_ day of _Jan_, 20_08_

_LaToya Patton (R81771)_

_Lincoln Corrections Center P.O. Box 549_

(Signature of plaintiff or plaintiffs)

_LaToya Patton_

(Print name)

_R81771_

(I.D. Number)

_Lincoln Corrections Center_

_P.O. Box 549_

_Lincoln, Illinois 62656_

(Address)

Revised:  7/20/05