

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

08CV736
JUDGE KOCORAS
MAG. JUDGE ASHMAN

**Plaintiff(s):** LATOYA PATTON

**Defendant(s):** SHERIFF SHEEHAN, etc., et al.

**County of Residence:** LOGAN

**County of Residence:**

**Plaintiff's Address:**

Latoya Patton
R-81771
Lincoln - LCC
P.O. Box 549
Lincoln, IL 62656

**Defendant's Attorney:**

**FILED**
J.N  FEB X 4 2008   FEB 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke    **Date:** 2/4/08