7/18/02

FILED
FEB 0 4 2008
FEB 4 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

LaToya Patton
Plaintiff

v.

Officers: Shyne, Conley, Timberlake,
OTT, Schaffer, LT. McNamera,
Sgt. McCullough
Defendant(s) Cook County Jail
Sheriff Sheehan

08CV736
JUDGE KOCORAS
MAG. JUDGE ASHMAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, LaToya Patton, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # R81771  Name of prison or jail: Lincoln Corrections
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: 14.40

2. Are you currently employed?  ☒Yes  ☐No
   Monthly salary or wages: $14.40
   Name and address of employer: Lincoln Correctional Center PO Box 549 Lincoln, IL 62656

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                   ☐Yes  ☒No
      Amount_____  Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount _____ Received by _____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount _____ Received by _____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount _____ Received by _____

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount _____ Received by _____

    f.    ☒ Any other sources (state source: **State Pay 15.00** )    ☒ Yes
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☒ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____

-2-

R8/771

# CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 3.94 in his trust fund account at this correctional center where is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: _____

~~_____~~

J McCoy
Authorized Officer

Lincoln Cou Cordu
Institution

Acct Tech I
Title

12/31/07
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Date: 12/31/2007
Time: 8:36am
d_list_inmate_trans_statement_composite

**Lincoln Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 06/01/2007 thru End;  Inmate: R81771;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R81771 Patton, Latoya**                       **Housing Unit: LIN-1B-08-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.00 |
| 09/18/07 | Mail Room | 04 Intake and Transfers In | 261284 | 100375 | Dwight C.C. | 9.18 | 9.18 |
| 09/19/07 | Point of Sale | 60 Commissary | 262741 | 472943 | Commissary | -8.81 | .37 |
| 09/22/07 | Mail Room | 10 Western Union | 265200 | 8092420514 | MILLER, EDWARD | 50.00 | 50.37 |
| 09/26/07 | Point of Sale | 60 Commissary | 269721 | 473805 | Commissary | -34.52 | 15.85 |
| 10/04/07 | Point of Sale | 60 Commissary | 277741 | 474707 | Commissary | -13.71 | 2.14 |
| 10/05/07 | Mail Room | 04 Intake and Transfers In | 278293 | 100514 | Dwight C.C. | .20 | 2.34 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284291 | 1532099 | Dobine, Kattie | 50.00 | 52.34 |
| 10/12/07 | Point of Sale | 60 Commissary | 285717 | 475461 | Commissary | -50.19 | 2.15 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285114 | | P/R month of 09/2007 | 8.98 | 11.13 |
| 10/15/07 | Disbursements | 90 Medical Co-Pay | 288302 | Chk #78829 | 9008022742, DOC: 523 Fund Inma, Inv. Date: 10/04/2007 | -2.00 | 9.13 |
| 10/15/07 | Mail Room | 01 MO/Checks (Not Held) | 288291 | 845121 | Santiago, Luz | 15.00 | 24.13 |
| 10/19/07 | Point of Sale | 60 Commissary | 292741 | 476655 | Commissary | -22.92 | 1.21 |
| 11/06/07 | Disbursements | 80 Postage | 310302 | Chk #78950 | 80080233234, Pitney Bowes Rese, Inv. Date: 10/22/2007 | -.41 | .80 |
| 11/06/07 | Disbursements | 80 Postage | 310302 | Chk #78950 | 80080233233, Pitney Bowes Rese, Inv. Date: 10/22/2007 | -.58 | .22 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313114 | | P/R month of 10/2007 | 15.16 | 15.38 |
| 11/13/07 | Point of Sale | 60 Commissary | 317717 | 479237 | Commissary | -13.53 | 1.85 |
| 11/20/07 | Point of Sale | 60 Commissary | 324722 | 480330 | Commissary | -1.52 | .33 |
| 12/05/07 | Mail Room | 10 Western Union | 339200 | 9601693827 | GRAHAM, RAHMAL | 50.00 | 50.33 |
| 12/10/07 | Mail Room | 01 MO/Checks (Not Held) | 344296 | 018953 | Dolerine, Hattie | 50.00 | 100.33 |
| 12/11/07 | Point of Sale | 60 Commissary | 345717 | 482776 | Commissary | -51.28 | 49.05 |
| 12/11/07 | Payroll | 20 Payroll Adjustment | 345102 | | P/R month of 11/2007 | 15.00 | 64.05 |
| 12/18/07 | Point of Sale | 60 Commissary | 352717 | 483978 | Commissary | -37.74 | 26.31 |
| 12/19/07 | Point of Sale | 60 Commissary | 353741 | 484210 | Commissary | -20.73 | 5.58 |
| 12/24/07 | Disbursements | 80 Postage | 358302 | Chk #79205 | 8008025873, Pitney Bowes Reser, Inv. Date: 12/10/2007 | -.82 | 4.76 |
| 12/24/07 | Disbursements | 80 Postage | 358302 | Chk #79205 | 8008026082, Pitney Bowes Reser, Inv. Date: 12/12/2007 | -.41 | 4.35 |
| 12/24/07 | Disbursements | 80 Postage | 358302 | Chk #79205 | 8008027219, Pitney Bowes Reser, Inv. Date: 12/21/2007 | -.41 | 3.94 |

|   |   |
|---:|---:|
| Total Inmate Funds: | 3.94 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 3.94 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1/30/08

_____
Signature of Applicant

LaToya Patton
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____        _____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

                                        _____
                                        (Print name)

rev. 7/18/02