## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0736 | **DATE** | June 11, 2008 |
| **CASE TITLE** | LaToya Patton (#R-81771) v. Sheriff Sheahan | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summons so that the U.S. Marshal can re-attempt service on defendant Schaffer.

■ [**For further details see text below.**]  Docketing to mail notices.

### STATEMENT

The United States Marshal's Service has filed an unexecuted return of service [#11] as to defendant Schaffer. The form indicates that Schaffer is currently on maternity leave.

In its Minute Order of March 20, 2008, the court directed the Marshal to:

make all reasonable efforts to serve the defendants. With respect to any former jail employee who can no longer be found at the work address provided by the plaintiff, officials at the Cook County Jail shall furnish the Marshal with the defendant's last known address. The information shall be used only for purposes of effectuating service, or to show proof of service, should a dispute arise. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Therefore, if Schaffer is not currently stationed at the Cook County Jail, then the Marshal must obtain Schaffer's home address and attempt service on her there. The Clerk is directed to issue an alias summons for Schaffer.

*Charles P. Kocoras*
Charles P. Kocoras
U.S. District Judge

mjm