**FILED**
Aug 11, 2008
AUG 11 2008 MD

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE United States District Court Northern District of Illinois Eastern Division ~~JUDICIAL COURT COUNTY~~, ILLINOIS

LaToya Patton )
Petitioner or Plaintiff )
  v. ) No. 1:08-CV-00736
Officer Shyne etal. )
Respondent or Defendant ) 08 cv 736

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Petitioner LaToya Patton R81771 makes application to the court, pursuant to Illinois Revised Statutes, ch. 110, secs. 10-101 et seq. [735 ILCS 5/10-101] to enter an Order of Habeas Corpus to Testify, and in support states that:

1. I am the (Petitioner/Respondent or **Plaintiff**/Defendant) in the above captioned legal matter.
2. Said cause has been set for a (trial/**hearing**) on 8/27, 2008, at 9:30 o'clock A m.
3. I am a prisoner committed to the care, custody and control of the Illinois Department of Corrections and Warden Cowdyn Trancoso, Lincoln Correctional Center.
4. My attendance and testimony is necessary at the aforesaid (trial/**hearing**).
5. I am a poor person and unable to pay the expense of bringing my person to court from the place of my confinement. (If you have been granted leave by the court to sue or defend as a poor person, state this fact at this point.)

WHEREFORE, Petitioner prays that the court issue an order, pursuant to Illinois Revised Statutes, ch. 110, secs. 2-5001 [see 735 ILCS 5/2-1501] and 10-101 et seq., directed to the said warden and the Illinois Department of Corrections, commanding them to have said petitioner brought before the honorable court, without payment of expenses, on August 27, 2008, at 9:30 o'clock A m to testify.

_____
(Your Signature)
Type or print name LaToya Patton
Register number R81771
Lincoln Correctional Center
Box 549
Lincoln, Illinois 62656
(Petitioner/Respondent), Pro Se

### VERIFICATION OF CERTIFICATION

I, LaToya Patton R81771, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter;
2. I have read the foregoing application and have knowledge of its contents; and
3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_____ R81771
(Your Signature)

Case 1:08-cv-00736    Document 16    Filed 08/11/2008    Page 2 of 3



RECEIVED
AUG 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE CIRCUIT COURT FOR THE _____ JUDICIAL COURT
_____ COUNTY, ILLINOIS

LaToya Patton ,  )
Petitioner or Plaintiff          )
    v.                           )    No. 1:08-CV-00736
Officer Shyne et. al.            )
                                 )
Respondent or Defendant          )

ORDER OF HABEAS CORPUS AD TESTIFICANDUM

This matter came to be heard on a verified petition filed by LaToya Patton , for the entry of an order requiring the production of (his/her) person at a (trial/hearing) scheduled in this case, the court having jurisdiction over the persons and the subject matter; and

It appearing to the court that the (Petitioner/Respondent) is entitled to the relief prayed for and that (he/she) is a poor person and is unable to pay the expense of bringing (his/her) person to court from the place of (his/her) confinement; it is therefore

ORDERED that the Illinois Department of Corrections and Warden Carolyn Trancoso , Lincoln Correctional Center, are directed and commanded to produce the person of LaToya Patton before the Honorable Charles P. Kocoras , Judge of the Circuit Court, or any other judge who may be sitting in (his/her) stead, in the courtroom usually occupied by (him/her) as a courtroom in the _____ County Courthouse in Chicago , Illinois, on August 27 , 2008, at 9:30 o'clock Am., to testify in this case; and it is

FURTHER ORDERED that no tender or payment of expenses or payment of expenses needs to be made or security given for such expenses, but it is

FURTHER ORDERED that the Sheriff of _____ County is hereby appointed and directed to serve a copy of this order upon the said _____ Warden of the _____ Correctional Center.

By the Habeas Corpus Law
Dated this _____ day of _____ 20___.

_____
Judge, Circuit Court

CLERK'S CERTIFICATION

I hereby certify the above to be correct.

Dated: _____, 20___.

_____
Clerk of the Circuit Court

SEAL

By: _____
Deputy

THIS ORDER IS THE COMMAND OF THE CIRCUIT COURT AND VIOLATION THEREOF IS SUBJECT TO PENALTY OF THE LAW.

IN THE
United States District Court
Northern Illinois Eastern Division

LaToya Patton
Plaintiff

v.

Officer Shyne et, al
Defendant

Case No. 1:08-cv-00736

## PROOF/CERTIFICATE OF SERVICE

TO: Office of Clerk of U.S. District Court U.S. Courthouse 219 South Dearborn Street Chicago, Illinois 60604

TO: _____

PLEASE TAKE NOTICE that on August 5th, 2008, I have filed with the U.S. Mail through the Lincoln Correctional Center the following documents, properly addressed to the parties above: Office of Clerk of U.S. District Court U.S. Courthouse 219 South Dearborn Street Chicago, IL 60604

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 8/5/08

/s/ 
NAME: LaToya Patton
IDOC#: R81771
Lincoln Correctional Center
P.O. BOX 549
Lincoln, IL 62656