# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of:<br>LaToya Patton v Cook County Jail et al., | Case Number: 08 C 736 |
| | Judge: Kocoras |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officers Conley, Timberlake, Ott, Shyne, McCullough, and McNamara

SIGNATURE  /s/ Jack G. Verges ARDC# 6186215

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 6186215 | (312) 603-3469 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐