UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LaTOYA PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 736 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Kocoras |
| COOK COUNTY JAIL SHERIFF SHEEHAN, | ) | |
| OFFICERS SHYNE, CONLEY, TIMBERLAKE, | ) | Magistrate Judge Ashman |
| OTT, SCHAFFER, LT. McNAMARA, | ) | |
| SGT. McCULLOUGH, SUPERINTENDENT | ) | |
| SALAZAR, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE PLEAD**.

NOW COME the Defendants, Officer Conley, Officer Timberlake, Officer Ott, Shyne, McCullough and McNamara, through their attorney Richard A. Devine, Cook County State's Attorney, through his assistant, Jack Verges and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That based upon information and belief, the above named Defendants were served with process at various points during the month of May, 2008.

2. That undersigned counsel has just received the Complaint on August 19, 2008, and requires time to investigate the allegations contained in Plaintiff's Complaint.

3. That undersigned has ordered all records that may be related to Plaintiff's federal claims and these documents are not likely to be received by undersigned counsel for at least 21 days.

4. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

a. That this Honorable Court grant an enlargement of time, up to and including September 30, 2008, for Defendants to file an Answer or otherwise plead;

b. And to grant any other relief it deems necessary and just.

Respectfully submitted,
State's Attorney of Cook County

By: /s/ Jack Verges
Jack Verges
Assistant State's Attorney

Jack Verges
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-3469