UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LaTOYA PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 736 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Kocoras |
| COOK COUNTY JAIL SHERIFF SHEEHAN, | ) | |
| OFFICERS SHYNE, CONLEY, TIMBERLAKE, | ) | Magistrate Judge Ashman |
| OTT, SCHAFFER, LT. McNAMARA, | ) | |
| SGT. McCULLOUGH, SUPERINTENDENT | ) | |
| SALAZAR, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   LaToya Patton
      R-81771
      Lincoln – LCC
      P.O. Box 549
      Lincoln, IL 62656

      Please take notice that on August 27, 2008 at 9:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge Charles Kocoras, or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 2541, 219 S. Dearborn, Chicago, Illinois 60604 and present the attached Motion To Enlarge.

                            Richard A. Devine
                            State's Attorney of Cook County

      By:     /s/Jack G. Verges
                  Jack G. Verges
                  Assistant State's Attorney
                  500 Richard J. Daley Center
                  Chicago, Illinois 60602
                  (312) 603-3469

## CERTIFICATE OF SERVICE

  I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on August 19, 2008.

                s/ Jack G. Verges
                Jack G. Verges