## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 736 | **DATE** | August 25, 2008 |
| **CASE TITLE** | LaToya Patton (#R-81771) v. Sheriff Sheahan | | |

**DOCKET ENTRY TEXT:**

The plaintiff's petition for a writ of habeas corpus ad testificandum [16] is denied. The plaintiff need not participate in the routine status/scheduling conference scheduled for August 27, 2008. The merits of the case will not be discussed. The plaintiff will receive a minute entry containing a summary of the matters addressed at the hearing.

Docketing to mail notices.

mjm