**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

LaToya Patton
                          Plaintiff,

v.                                                 Case No.: 1:08−cv−00736
                                                   Honorable Charles P. Kocoras

Officer Shyne, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Status and motion hearing held on 8/27/2008. Roger Clark(e) is given leave to file his appearance as counsel for plaintiff. Plaintiff is given leave to file an amended complaint by 9/30/2008. Defendants are given to 10/14/2008 to answer or otherwise plead. The Court orders the non−destruction and non−alteration of evidence, including any videotape in this case. All other motions [18] are moot. Status hearing set for 10/14/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.