# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-00736 |
|---|---|
| LaToya Patton v. Officer Shyne, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LaToya Patton

| NAME (Type or print) |
|---|
| Rodger L. Clarke |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Rodger L. Clarke |

| FIRM |
|---|
| Clarke, DeMeo & Beard P.C. |

| STREET ADDRESS |
|---|
| 2720 S. River Road, Suite 150 |

| CITY/STATE/ZIP |
|---|
| DesPlaines, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL ARDC # 6289233 | 847-296-5311 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓      APPOINTED COUNSEL ☐